In the Matter of WILLIAM E. VICKERY, Petitioner, v. THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Respondents.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SMITH, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD SMITH, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

NATIONAL BISCUIT COMPANY, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.